EDWARD H. KUBO, JR.   2499
United States Attorney
District of Hawaii

MICHAEL CHUN   3300
Assistant U.S. Attorney
Attn: Financial Litigation Unit
Rm 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, HI 96850-6100
Telephone:  (808) 541-2850
Fax:        (808) 541-3752
Email:   Mike.Chun@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | Cr. No. 02-00322-001 |
| Plaintiff, | SATISFACTION OF JUDGMENT AND RELEASE OF NOTICE OF LIEN |
| vs. | |
| Blane Yoshio Muraoka, | |
| Defendant. | |

SATISFACTION OF JUDGMENT
AND RELEASE OF NOTICE OF LIEN

The United States of America, by and through its attorneys, EDWARD H. KUBO, JR., United States Attorney for the District of Hawaii, and Michael Chun, Assistant U.S. Attorney, states that on October 15, 2002, a Judgment in a Criminal Case was entered against Blane Yoshio Muraoka (SSN: 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) in the U.S. District Court, District of Hawaii, ordering payment of a special assessment of $10.00, a fine of $2,000.00 and a restitution of -0-.

A Notice of Lien For Fine And/Or Restitution Imposed Pursuant To The Anti-Terrorism and Effective Death Penalty Act of 1996 was recorded on December 10, 2002 at the Bureau of Conveyances, State of Hawaii, Document No. 2002-219730.

The special assessment, fine, and/or restitution amounts have been fully satisfied.

DATED: July 30, 2003, at Honolulu, Hawaii.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

By: /s/
MICHAEL CHUN
Assistant U.S. Attorney
Attorneys for Plaintiff

213.wp